UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NISREEN FARAH,<br>on behalf of minor child, M.A.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-624<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 12, 2017, submitted a Report and Recommendation. (Doc. 15). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in their entirety.

Accordingly, the Administrative Law Judge's cessation of MA's SSI benefits is **REVERSED AND REMANDED** for further proceeding pursuant to the fourth sentence

of 42 U.S.C. § 405(g). The Clerk shall enter judgment accordingly, whereupon this case shall be **CLOSED**.

    **IT IS SO ORDERED.**

Date: 8/16/17

                                                   Timothy S. Black
                                                 United States District Judge