UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NISREEN FARAH, on behalf of minor child, M.A., | Case No. 1:16-cv-624 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 29, 2017, submitted a Report and Recommendation. (Doc. 21). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, **IT IS ORDERED** that Plaintiff's motion seeking attorney's fees and costs under the Equal Access for Justice Act (Doc. 18) is **GRANTED**. Plaintiff is awarded the total sum of $1,931.25 pursuant to the Equal Access for Justice Act.

**IT IS SO ORDERED.**

Date: 5/18/18

*Timothy S. Black*
Timothy S. Black
United States District Judge